IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:20-mj- 367 |
| | ) | |
| KEDRICK EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL INFORMATION

I, Special Agent Samuel B. Luyingwa, being duly sworn, state:

## INTRODUCTION

1. I am employed by the United States Army Criminal Investigation Command (USACIDC), assigned to Fort Belvoir CID Office, 6104 3rd Street, Building 1457, Fort Belvoir, VA 22060. I have been assigned as a Special Agent with USACIDC since July 2017. My responsibilities include investigating violations of Uniform Code of Military Justice (UCMJ), and other applicable state and federal laws, where there is a U.S. Army interest, including economic crimes investigations.

2. This affidavit is made in support of a criminal information charging that between on or about May 2, 2019 through on or about May 24, 2019, at Fort Belvoir, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, KEDRICK EVANS presented bad checks to the Army and Airforce Exchange Services (AAFES) Post Exchange (PX) on Fort Belvoir, Virginia, totaling an estimated amount of $33, 522.01, with intent to defraud AAFES, in violation of Title 18, United States Code, Section 13. 18 USC 13 (assimilated Virginia Code 18.2-181).

1

3. The facts and information contained in this affidavit are based upon my personal knowledge of the investigation, as well as the observations of other law enforcement officers involved in this investigation. All observations that were not personally made by me were related to me by the person(s) who made such observations.

4. This affidavit contains the information necessary to support probable cause. The affidavit does not include each and every fact and matter observed by me or known to the government.

## PROBABLE CAUSE

5. Post Exchange, Army and Airforce Exchange Services is a retailer at Fort Belvoir. The PX operates between 9AM – 7PM a day, 7 days a week. It is manned by cashiers who scans items purchased by customers and also collect payments. Customers can make payment using a credit card, debit card, check, or cash. Transactions are recorded by video and a log of what is purchased is created.

6. Victim 1 (V-1), who is AAFES, discovered that Evans presented six bad checks to appear he was making payments to his Military Star Credit Card (line of credit extended through AAFES) totaling approximately $33,522.01. V-1 generated a transaction report which depicted EVANS purchased Visa Gift Cards totaling approximately $14,700.50 and other high dollar items totaling approximately $42,597.25 for the period May 2, 2019 through May 23, 2019. V-1 reviewed video footage from the PX. That video depicted an individual draft and present five checks to AAFES cashiers in person.

7. EVANS drew the checks to Victim 2 (V-2), who is TD Bank; and Victim 3 (V-3), who is M&T Bank. V-2 and V-3 provided bank statements reflecting the check transactions conducted by EVANS. The statements indicated EVANS drew the checks to accounts with insufficient funds. The M&T Bank account in question was opened by EVANS on May 23, 2019. The initial $20.00 deposit to open the account was the only deposit ever made. That same date, EVANS provided AAFES with three M&T Bank checks totaling $13,500 drawn on that new account. Similarly, EVANS' TD Bank account had a negative balance on April 1, 2019. In all of April and May 2019 EVANS deposited a total of $20.00 into that TD Bank account. During this same time in May 2019 EVANS drew three seperate checks from TD Bank to AAFES totaling $20,022.01.

8. Investigators reviewed video footage pertaining to EVANS transactions from May 2, 2019 through May 24, 2019. The footage depicted EVANS personally drafted and presented five original bad checks to AAFES cashiers. Investigators also reviewed AAFES credit card report pertaining to EVANS Military Star Credit Card account which indicated from May 2, 2019 through May 23, 2019 he used his Military Star Credit Card (Card Number: 6019XXXXXXXX0746) to purchase Visa Gift Cards and other high dollar items totaling to approximately $57, 297.75.

9. On February, 2019, an investigator attempted to interview EVANS who declined to be interviewed.

## CONCLUSION

10. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on or about May 23, 2019, at Fort Belvoir, which is located within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, KEDRICK EVANS, presented bad checks to the Army and AAFES, PX on Fort Belvoir, Virginia, with intent to

3

defraud AAFES, in violation of Title 18, United States Code, Section 1344.

_____
Samuel B. Luyingwa
Special Agent
Fort Belvoir CID Office

Subscribed and sworn to before me on ___01 December___, 2020

_____
Notary Public

Maynard M. Henry

Department of Defense
Legal Assistance Attorney
Notary Public and Consul of the United States
AUTHORITY: 10 USC 1044a

Fort Belvoir Legal Assistance
9990 Belvoir Drive
Fort Belvoir, VA 22060



4